IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>William Ernest Fuller,<br><br>            Defendant. | CR 06-00825-TUC-RCC (LAB)<br><br>ORDER |

The Court having made a de novo review of the Report and Recommendation prepared by Magistrate Judge Leslie A. Bowman (Doc. 291), and no objections having been filed,

The Court finds the magistrate judge's Report and Recommendation is well reasoned. The Court adopts the Report and Recommendation which finds the defendant has violated Special Condition #3 and Special Condition #5 of Supervised Release.

IT IS ORDERED the matter is scheduled for a Final Disposition Hearing Tuesday, May 24, 2022 at 10:50 a.m. before Senior Judge Raner C. Collins.

Dated this 15th day of April, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge