# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>William Ernest Fuller,<br><br>　　　　Defendant. | No. CR-06-825-TUC-RCC-MAA<br><br>**Order Adopting R&R** |

　　　　On November 7, 2023, Magistrate Judge Michael A. Ambri issued a Report and Recommendation ("R&R") in which he recommended the District Court find that the Defendant violated Standard Condition No. 13 and Special Condition No. 9 of his supervised release. (Doc. 320.)  The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 11.)  No objections have been filed.

　　　　If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district court only needs to review magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections has seemingly passed. As noted, no objections have been filed, and neither party has requested additional time to do so. Therefore, the Court will adopt the R&R. Accordingly,

**IT IS ORDERED** Magistrate Judge Ambri's Report and Recommendation (Doc. 320) is **ADOPTED.** The Court finds the defendant has violated Standard Condition No. 13 and Special Condition No. 9 of his supervised release. **Final Disposition is scheduled December 12, 2023 at 10:00 AM before this Court.** The U.S. Probation Office is directed to prepare a disposition report.

Dated this 29th day of November, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge

CC: U.S. Probation (copy distributed)